Alina Mooradian (#245470)
amooradian@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, California  92626-7689
Telephone:     714.427.7000
Facsimile:     714.427.7799

Attorneys for Defendant
BLUELINE RENTAL, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA I. JIMENEZ; LUIS ANDRES JIMENEZ; JOSE LUIS JIMENEZ, JR.; BRANDO LUIS JIMENEZ, a minor, by his Guardian ad Litem Maria I. Jimenez; AIME JASMINE JIMENEZ, a minor, by her Guardian ad Litem Maria I. Jimenez; AELLEN GEMA JIMENEZ, a minor, by her Guardian ad Litem Maria I. Jimenez; and NIMZY HAZEL JIMENEZ, a minor, by her Guardian ad Litem Maria I. Jimenez,<br><br>Plaintiffs,<br><br>v.<br><br>VOLVO CE RENTS, INC.; BLUELINE RENTAL, LLC; TEICHERT, INC., dba TEICHERT CONSTRUCTION; A. TEICHERT & SONS, INC.; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No.: 1:15-CV-01259-TLN-SAB<br><br>[Originally Filed in Merced County Superior Court; Case No. 15CV-02012]<br><br>ORDER RE STIPULATION TO EXTEND DEADLINES CONTAINED IN PRE-TRIAL SCHEDULING ORDER<br><br><br>Date Action Filed:  July 15, 2015 |

SNELL & WILMER
L.L.P.
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA  92626-7689

## <u>ORDER</u>

Having considered the Stipulation to Extend Deadlines Contained in Pre-Trial Scheduling Order, and good cause appearing therefor, it is hereby ordered as follows:

(1)     The August 11, 2016 fact discovery deadline is vacated and continued to October 25, 2016.

(2)     The October 13, 2016 expert disclosure date is vacated and continued to December 2, 2016.

IT IS SO ORDERED.


Dated: July 28, 2016

_____
Troy L. Nunley
United States District Judge

CASE NO.:1:15-CV-01259-SAB
ORDER RE STIPULATION TO EXTEND
DEADLINES