# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA I. JIMENEZ, et al., | Case No. 1:15-cv-01259-TLN-SAB |
| Plaintiffs, | ORDER DIRECTING CLERK OF COURT TO TERMINATE MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT |
| v. | |
| BLUELINE RENTAL, LLC, et al., | (ECF No. 19) |
| Defendants. | |

On August 26, 2016, Plaintiff filed a motion for leave to file a first amended complaint. (ECF No. 19.) On August 29, 2016, the matter was referred to the undersigned and the hearing set before the district judge was vacated. (ECF No. 20.) On August 30, 2016, Plaintiff refiled the motion for leave to file a first amended complaint, noticing the motion before the undersigned. (ECF No. 21.)

In order to remove the duplicate motion from the Court's docket, the Clerk of the Court will be directed to terminate the motion filed on August 26, 2016. Oral argument on the motion filed August 30, 2016, shall be heard on October 12, 2016 unless an order issues vacating the hearing from the Court's calendar.

/ / /

/ / /

/ / /

1

1    Accordingly, the Clerk of the Court is HEREBY DIRECTED to terminate the motion for
2 leave to file a first amended complaint, filed August 26, 2016 (ECF No. 19).

IT IS SO ORDERED.

Dated:   **October 4, 2016**

UNITED STATES MAGISTRATE JUDGE