# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA I. JIMENEZ, et al., | Case No. 1:15-cv-01259-TLN-SAB |
| Plaintiffs, | ORDER VACATING OCTOBER 12, 2016 HEARING |
| v. | |
| BLUELINE RENTAL, LLC, et al., | |
| Defendants. | |

On August 30, 2016, Plaintiffs filed a motion for leave to file an amended complaint which was referred to the undersigned.  (ECF Nos. 20, 21.)  Defendant filed an opposition on September 28, 2016; and Plaintiff filed a reply on October 5, 2016.  (ECF Nos. 24, 26.)  The Court, having reviewed the record, finds this matter suitable for decision without oral argument. See Local Rule 230(g).  Accordingly, the previously scheduled hearing set on October 12, 2016 at 10:00 a.m. in Courtroom 9 is HEREBY VACATED; and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated:    **October 7, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

1