1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16

| | |
|---|---|
| MARIA I. JIMENEZ, et al., | Case No.  1:15-cv-01259-TLN-SAB |
| Plaintiffs, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT |
| v. | |
| VOLVO CE RENTS, INC., et al., | (ECF Nos. 21, 28) |
| Defendants. | |

17
18
19
20
21
22

On July 15, 2015, Plaintiffs filed the complaint in this action in the Superior Court of California, County of Merced alleging claims for wrongful death and loss of consortium.  (ECF No. 1 at 9-16.[1])  On August 14, 2015, Defendant Blueline Rental, LLC removed this action to the Eastern District of California.  (ECF No. 1.)  Plaintiffs filed a motion for leave to file an amended complaint on August 30, 2016, (ECF No. 21), which was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

23
24
25
26

On October 7, 2016, the Magistrate Judge filed a findings and recommendations.  (ECF No. 28.) The findings and recommendations recommended denying Plaintiffs' motion for leave to file an amended complaint. The findings and recommendations was served on the parties and contained notice that any objections to the findings and recommendations were to be filed within

27
28

---

[1] All references to pagination of specific documents pertain to those as indicated on the upper right corners via the CM/ECF electronic court docketing system.

fourteen days (14) days from the date of service.  The period for filing objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.      The findings and recommendations, filed October 7, 2016, (ECF No. 28), is ADOPTED IN FULL; and

2.      Plaintiffs' motion for leave to file an amended complaint (ECF No. 21) is DENIED.

Dated: December 22, 2016

_____
Troy L. Nunley
United States District Judge

2