1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    MARIA I. JIMENEZ, *et al.*,              No.  1:15-cv-01259-TLN-SAB

12                 Plaintiffs,

13         v.                                  **ORDER**

14    TEICHERT, INC dba TEICHERT
      CONSTRUCTION, *et al.*,
15

16                 Defendants.

17

18         This action involves a suit for wrongful death filed by Plaintiffs, decedent's wife Maria

19    Jimenez, his two adult children Luis Andres Jimenez and Jose Luis Jimenez, and his four minor

20    children B.L.J., A.G.J., A.J.J., and N.H.J., by and through their guardian ad litem, Maria Jimenez

21    (collectively "Plaintiffs").  Plaintiffs request to seal the entire case because the names of the

22    minor children and personal identifying information appear on multiple documents.  (ECF No.

23    39.)  In the alternative, Plaintiffs request to seal the three minors compromises (ECF Nos. 34, 35

24    & 36.) and attached exhibits because they contain personal identifying information.[1]  (ECF No.

25    39.)  Defendants Teichert, Inc., A. Teichert and Sons, Blueline Rental, LLC, and Volvo Ce

26    Rentals, Inc., do not oppose the motion.

27         "Historically, courts have recognized a general right to inspect and copy public records

28    _____
      [1]      Plaintiffs filed redacted versions of the minors compromises.  (*See* ECF Nos. 40, 41 & 42.)

                                                    1

and documents, including judicial records and documents." *Oliner v. Kontrabecki*, 745 F.3d 1024, 1025 (9th Cir. 2014) (citations omitted). "In keeping with the strong public policy favoring access to court records, most judicial records may be sealed only if the court finds compelling reasons." *Id.* (citations omitted). Here, Plaintiffs seek to seal the entire case because of concerns about the privacy of minor children. However, privacy alone is an insufficient reason to seal the entire record. *See Tischer Co. v. Robertson Stevens, Inc.*, No. C 06-2372 SBA, 2007 WL 3287846, at *2 (N.D. Cal. Nov. 5, 2007). Accordingly, Plaintiffs fail to demonstrate compelling reasons which would allow the Court to justifiably seal the entire record. The Court is sympathetic to Plaintiffs' Counsel's plight if they must instead request to seal each document individually, but that is not a justification for sealing the entire record.

The Court hereby DENIES Plaintiffs' request to seal the entire case. However, good cause appearing, the Court hereby ORDERS Minors Compromises (ECF Nos. 34, 35 & 36.) be sealed. The documents shall remain under seal until further order of this Court.

IT IS SO ORDERED.

Dated: May 23, 2017

Troy L. Nunley
United States District Judge