ANNE J. KEPNER – BAR NO. 181078
NEEDHAM KEPNER & FISH LLP
1960 The Alameda, Suite 210
San Jose, CA 95126
Telephone: (408)244-2166
Facsimile: (408)244-7815

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA I. JIMENEZ; LUIS ANDRES JIMENEZ; JOSE LUIS JIMENEZ, JR.; B.L.J., a minor, by his Guardian ad Litem Maria I. Jimenez; A.J.J., a minor, by her Guardian ad Litem Maria I. Jimenez; A.G.J., a minor, by her Guardian ad Litem Maria I. Jimenez; and N.H.J., a minor, by her Guardian ad Litem Maria I. Jimenez,<br><br>Plaintiffs,<br><br>vs.<br><br>VOLVO CE RENTS, INC.; BLUELINE RENTAL, LLC; and DOES 1 – 20, inclusive,<br><br>Defendants. | No. 1:15-CV-01259-TLN-SAB<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER APPROVING SETTLEMENT OF MINOR PLAINTIFF'S CLAIMS |

Now before the Court is Plaintiff Maria Jimenez's Motion for Order Approving Settlement of Minor Plaintiff A.J.J's Claims. Having reviewed Plaintiff's Motion, the Court finds that proposed settlement is in A.J.J's best interest and is fair and reasonable in light of the facts of the case. Accordingly, Plaintiff Maria Jimenez's Motion for Order Approving

-1-

Settlement of Minor Plaintiff A.J.J's claims is hereby GRANTED. The Court hereby ORDERS as follows:

a. GRANTS the minors compromise approving settlement between the parties as set forth herein;

b. ORDERS the Defendants to issue payment to Plaintiffs' counsel for the full amount of the $50,000 settlement within 30 days of the Court's Order approving the minors compromises as specified in the parties' settlement agreement;

c. ORDERS a distribution of $18,737.25 from the settlement funds to plaintiffs' counsel, Needham Kepner & Fish, LLP, for reimbursement of costs incurred in the litigation of this matter;

d. ORDERS that the remaining settlement proceeds of $31,262.75, be distributed in equal parts to plaintiffs Luis Andres Jimenez and Jose Luis Jimenez, Jr. This settling minor will not receive any portion of this settlement but will receive a waiver of fees and costs in exchange for a dismissal with prejudice.

e. Each party will bear its own costs, fees, and expenses.

IT IS SO ORDERED.

Dated: May 23, 2017

_____
Troy L. Nunley
United States District Judge